UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 3:95-CR-70-001 |
| V. ) | (JARVIS/SHIRLEY) |
| ) | |
| DENNIS RICHARD GORDON ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING

This matter came before the undersigned for an initial appearance on a Petition for Warrant for Offender Under Supervision on April 5, 2007. Robert Simpson, Assistant United States Attorney, was present representing the government, and Kim Tollison, Assistant Federal Defender, was present for this hearing. The defendant was present and stated he wished to hire his own attorney.

Upon motion of the government, and pursuant to 18 U.S.C. § 4243(g), the defendant shall be detained pending a detention hearing, preliminary hearing, and a revocation hearing. The defendant understands he will remain in custody pending these hearings.

The defendant shall appear before the **Honorable James H. Jarvis ,** United States District Judge, for a revocation hearing on **April 18**, at **2:00 p.m.** The defendant shall

also appear before the undersigned for a preliminary and detention hearing on **April 10, 2007,** at **1:30 p.m.** The defendant shall be held in custody by the United States Marshal until that time and produced for the above scheduled hearing.

**IT IS SO ORDERED**.

ENTER:

<u>    s/ C. Clifford Shirley, Jr.    </u>
United States Magistrate Judge